In the Matter of the Estate of ARLINGTON C. HALL, Deceased. LAURA E. HALL, Appellant; HARVEY M. HALL et al., Respondents.

Submitted March 7, 1955; decided April 28, 1955.

*James N. Vaughan* for motion.

*Stephen S. Bernstein, Leo V. McLaughlin* and *William Jay Lippman* opposed.

*Mortimer M. Kassell* and *Francis Kelliher* for State Tax Commission opposed.

Motion dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.